IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FREDRICK E. MCSWINE,

    Petitioner,

vs.

STATE OF NEBRASKA,

    Respondent.

8:23CV488

**MEMORANDUM AND ORDER**

    Before the Court is Respondent's motion seeking a thirty-day extension of time to file either a motion for summary judgment or state court records in support of an answer (the "Motion"), Filing No. 13, in compliance with this Court's progression order entered on June 27, 2024 (the "Progression Order"), Filing No. 7. In support of his Motion Respondent alleges that he needs additional time to comply with the Progression Order due to personal medical issues and a heavy workload. Filing No. 13.

    Good cause having been shown, IT IS THEREFORE ORDERED:

    1. Respondent's Motion for Extension, Filing No. 13, is granted. Respondent shall have until **September 26, 2024,** to file either a motion for summary judgment or state court records in support of an answer.

    2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **September 26, 2024**: deadline for Respondent's Motion for Summary Judgment or filing of state court records.

2

Dated this 27th day of August, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge