IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDRICK E. MCSWINE,<br><br>Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>Respondent. | 8:23CV488<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on Respondent's Motion to Substitute Respondent. Filing No. 16. Upon careful consideration,

IT IS ORDERED THAT: Respondent's Motion to Substitute Respondent, Filing No. 16 is granted. The Clerk's Office is directed to update the Court's records to reflect that Rob Jeffreys is the sole proper respondent in this action.

Dated this 27th day of September, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court